**SHA-1 Hash:** 625659538761601BE56B75C3D1DF1053A7C8BB28      **Title:**   X-Art Siterip #2
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.63.159.11 | 1/20/2012 6:35 | Naples | FL | Comcast Cable | BitTorrent |
| 2 | 68.62.226.105 | 1/9/2012 10:44 | Clermont | FL | Comcast Cable | BitTorrent |
| 3 | 71.228.90.184 | 12/11/2011 20:28 | Sarasota | FL | Comcast Cable | BitTorrent |
| 4 | 98.208.241.208 | 2/19/2012 17:29 | Naples | FL | Comcast Cable | BitTorrent |
| 5 | 71.49.7.90 | 1/18/2012 17:07 | Altamonte Springs | FL | Embarq Corporation | BitTorrent |
| 6 | 71.54.176.180 | 2/27/2012 4:51 | Tavares | FL | Embarq Corporation | BitTorrent |
| 7 | 71.54.180.168 | 2/22/2012 12:20 | Altamonte Springs | FL | Embarq Corporation | BitTorrent |
| 8 | 72.187.0.242 | 3/1/2012 10:21 | Lutz | FL | Road Runner | BitTorrent |
| 9 | 97.104.32.58 | 2/3/2012 2:50 | Longwood | FL | Road Runner | BitTorrent |
| 10 | 97.104.66.96 | 2/16/2012 5:54 | Altamonte Springs | FL | Road Runner | BitTorrent |
| 11 | 71.180.67.160 | 2/29/2012 6:52 | Brandon | FL | Verizon Internet Services | BitTorrent |
| 12 | 96.228.172.147 | 12/31/2011 6:38 | Palm Harbor | FL | Verizon Internet Services | BitTorrent |
| 13 | 96.254.58.102 | 1/27/2012 13:10 | Bradenton | FL | Verizon Internet Services | BitTorrent |

EXHIBIT A

LMFL8