UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

**V.**                                                                      **Case No:  2:12-CV-177-FtM-29SPC**

**JOHN DOES 1-13,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on Defendant's Motion to Quash or Vacate the Subpoena (Doc. #12) filed on May 21, 2012.  Plaintiff's Response to Defendant's Motion to Quash or Vacate the Subpoena (Doc. #19) was filed on June 4, 2012.  The John Doe Defendant identifies herself as Laura E. Reynolds in her Motion.  She files the Motion *pro se* and requests that the subpoena issued in this case be quashed because she did not download any of the Defendants' Works at issue in this copyright infringement case.  She asserts that her wireless internet hookup was unsecure at the time of the alleged downloading.  Plaintiff responds that general denials of liability are not a basis to quash a subpoena.  The Court agrees.  In a case similar to this one, a court found that a general denial of liability is not a basis for quashing the subpoena which would prevent the plaintiff from obtaining the putative defendants' identifying information.  Voltage Pictures, LLC v. Does 1-5,000, 818 F. Supp. 2d 28, 35 (D.D.C. 2011).

Accordingly, it is now

1

**ORDERED:**

Defendant's Motion to Quash or Vacate the Subpoena (Doc. #12) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th Day of June, 2012.

*[signature]*

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record
*Pro se* defendant Laura E. Reynolds