UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

**V.**            Case No:  2:12-CV-177-FtM-29SPC

**JOHN DOES 1-13,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendants (Doc. #42) filed on July 26, 2012. Plaintiff requests that the time within which it has to effectuate service of the Summons and Complaint on each Defendant be extended until 30 days after the Court rules on Defendants' pending motions to dismiss. The Court is not inclined to extend the deadline until an unknown date, but will grant Plaintiff additional time. Plaintiff may move for additional time in the future if needed.

Accordingly, it is now **ORDERED:**

Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendants (Doc. #42) is **GRANTED in part**. Plaintiff shall have up to and including **October 29, 2012** to name and serve the Doe Defendants.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of July, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record