**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**MALIBU MEDIA, LLC,**

      **Plaintiff,**

**V.**                                        **Case No:  2:12-CV-177-FtM-29SPC**

**JOHN DOES 1-13,**

      **Defendants.**

_____

**ORDER**

    This matter comes before the Court on John Doe #3's Motion to Dismiss/Sever and for a Protective Order and/or to Quash Subpoena (Doc. #7) filed on May 8, 2012.  On June 6, 2012, this Court entered a Report and Recommendation to the District Court recommending that the Motion to Dismiss/Sever and for a Protective Order and/or to Quash Subpoena be denied (Doc. #22).   The Court will now vacate that Report and Recommendation.   A Report and Recommendation on Defendant John Doe #3's Motion to Dismiss/Sever and for a Protective Order and/or to Quash Subpoena (Doc. #7) will be issued under separate cover.

    Accordingly, it is now **ORDERED:**

    The Clerk of Court is hereby directed to **VACATE** this Court's Report and Recommendation entered at Doc. #22.

    **DONE** and **ORDERED** in Fort Myers, Florida this 31st day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record