UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

vs.                         Case No.  2:12-cv-177-FtM-29SPC

JOHN DOES 1-13,

        Defendants.
_____

**ORDER**

This matter comes before the Court plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1 & 3 (Doc. #62), filed May 2, 2013.  Plaintiffs seek to dismiss all claims against defendant John Does 1 and 3 only.  These appear to be only remaining defendants in the case, and neither defendant has appeared in the case.  Therefore, the dismissal is appropriate.  On June 21, 2012, the Court entered an Order (Doc. #30) dismissing John Doe 4 with prejudice, on July 26, 2012, the Court entered an Order (Doc. #41) dismissing without prejudice John Does 2, 5 through 10, 12, and 13, and on October 18, 2012, Judgment (Doc. #61) was entered against John Doe 11.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendants John Doe 1 and John Doe 3 are **dismissed** without prejudice.  The Clerk shall enter judgment accordingly and also as to the other John Does, except John Doe 11, pursuant to the Court's

Orders (Docs. ## 30, 41), terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of May, 2013.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record